■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL FLORES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered August 25, 1981, convicting him of robbery in the first degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence adduced at trial, which included proof that defendant was apprehended by the police while fleeing from the complainant's apartment, in possession of property stolen from the complainant's apartment, was sufficient to establish beyond a reasonable doubt that defendant committed the crimes of which he was convicted (*see, People v Contes,* 60 NY2d 620).

We have considered defendant's other contentions and find them to be unpreserved or without merit. Lazer, J. P., Thompson, O'Connor and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE FLUDD, Appellant. — Appeal by defendant from 12 judgments of the Supreme Court, Queens County (Ferraro, J.), each rendered November 12, 1982, convicting him of attempted burglary in the second degree, robbery in the third degree, burglary in the second degree, and robbery in the first degree (nine counts), upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.